IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA DEL VALLE AND              *
YESMINDA ANANASTOPULOS              *
   Plaintiffs                       *
                                    *
v.                                  *       CIVIL NO. 96-2172 (GG)
                                    *
EFRAIN GONZALEZ d/b/a CIBAO GAS     *
and JOHN DOE INSURANCE              *
   Defendant                        *
* * * * * * * * * * * * * * * ****

**ORDER**

Pending before us is minor Jasminda Ananastopulos' letter motion for disbursement of funds. (Docket entry #38) She attached to the letter a copy of her birth certificates which demonstrates that she is eighteen (18) years old.

According to Article 247 of the Puerto Rico Civil Code, the age of majority is twenty one (21) years old. **See**, 31 L.P.R.A. § . **See also**, Article 2 of Law No. 59 of July 18, 2001. There is no indication in the record that she has been emancipated.

**WHEREFORE,** in view of the above, minor Ananastopulos' request for disbursement of funds is **DENIED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of April, 2002.

                                        GILBERTO GIERBOLINI
                                      Senior U.S. District Judge