Unite State District Court
Four the district of Puerto Rico
Clerks Office Federal Building Rm.150
Ave. Carlos Chardon
Atorey, PR 00918 – 1767
Case # 96 – 2172 (GG)

RECEIVED & FILED
04 SEP 28 AM 11:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

September 27, 2004

To Whom It May Concern:

I Jasminda Ananastopulos Del Valle but, in court is spelled like this Yesminda Ananastopulos. I have turned 21 on September 28, 2004. I was name in a settlement August 8, 1997. I contacted the lawyer involved at the time, Manuel Martinez Unpierre, and I was told he has since retired. I am interested in investigating how to receive the money. That was placed in an interesting bearing account and trusts for me from an accident that occurred of 3rd degree burn. Enclosed are copies of my birth certisificate. The original motion, social security number, and current address. I will be waiting to hear from you. Please give this matter your prompt attention since I am on my own.

Sincerely

*Jasminda Ananastopulos*

1ST CHOICE
Jasminda Ananostopulcs
H.C. 08 BOX 224
PONCE, P.R. 00731-9704
Tel. (787) 259-4639.

2nd CHOICE
1-609-234-1413
744 Eayrestown Rd
Apt 98
Lumberton NJ 08048