Unite State District Court
Four the District of Puerto Rico
Clerks Office Federal Building Rm.150
Ave. Carlos Chardon
Atorey, PR 00918 – 1767
Case # 96 – 2172 (GG)

Oct 6, 2004

To Judge Hector M. Laffitte:

    I Jasminda Ananastopulos turn 21 years old on September 28, 04. I was name in a settlement in August 8, 1997. Now I am entitle to the money obtain in the District Court of Puerto Rico concerning the lawsuit for my burns. Now I would like to receive my money please notify me when I can go and pick up my money or check Thank You.

Jasminda Ananastopulos
~~HC08 Buzón 224~~
~~Ponce P.R.   00731-9704~~
~~#home 1(787) 259-4639~~
~~#cell 1(609) 234-1413~~

Jasminda Ananastopulos
BOX 7879
Ponce P.R. 00732
Jasminda Ananastopules

1ᵗ 1-787-844-4117

2ᵗ 1-787-259-4639

Sincerely

Jasminda Ananastopulos