# THE CITY OF NEW YORK
### DEPARTMENT OF HEALTH
### VITAL RECORDS
## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Bureau of Vital Records, Department of Health, City of New York.

| | |
|---|---|
| DATE OF BIRTH | SEPTEMBER 28, 1983 |
| CERTIFICATE NO. | 156-83-326995 |
| BOROUGH | BROOKLYN |
| DATE FILED | 10-07-83 |
| DATE ISSUED | 02-26-96 |
| NAME | JASMINDA ANANASTOPULOS *** |
| SEX | FEMALE |
| MOTHER'S MAIDEN NAME | MIGDALIA DELVALLE |
| FATHER'S NAME | GEORGE ANANASTOPULOS |

STEVEN P. SCHWARTZ
CITY REGISTRAR

Do not accept this transcript unless it bears the raised seal of the Department of Health. The reproduction or alteration of this certification is prohibited by Section 3.21 of the New York City Health Code.



